DEC 11 2023 PM 12:32 FILED-USDC-FLND-JAX

5 DECEMBER 2023

IM currently a prisoner in St. Johns County Jail. Also, IM sentenced to county time. On Nov 26th Lt Patella was threatening me to the point for my safety I felt it was in my best interest to not respond. Lt Patella later wrote me a D.R because I wouldnt respond. When I was called out of my dorm officer Dicey told me I would be talking to Sergeant Price. As I walked into the Sergeants office there were #4 male officers present; A corpal, officer Able, Lt Patella, and Sgt Price. Why was officer Able even present? He wasnt Alpha nor Bravo's deputy. By the way they were positioned around the office when I walked in I knew they were trying to intimidate me. When I walked in Sgt Price begin to redicule me for the complaints ive written on officer Pheneger, as Serg is talking Lt Patella is behind me threatening me. Because of the situation for my safety it was in my best interest to listen and not to talk. Lt Patella was so angry that he demanded that I get out of the Sgt office because I wouldnt respond.. Officer Able, the corpal, and Lt Patella followed me out while Lt Patella continued to threaten me. Still I said nothing. All of this is on camera. As I was going back to my dorm a shocked Lt was yelling about me being a trustee. I wasnt in the dorm long before officer Pheneger came to the dorm door taunting me because Lt Patella moved me back to #13. Prior to this officer Pheneger wrote me a D.R out of retaliation. People lie recorded footage doesnt. I was litterally in my bunk until after 2pm. I never even got up for lunch trays. When I went to my D.R hearing for both D.R's I knew an investigation wasnt done and I was being railroaded because Sergeant Burns told me that the jail was going to persue criminal charges if I kept on writing complaints. Even as an inmate in this jail it is my civil right to be able to file a complaint on the things that are happening in this

Jail. After speaking with Lt Melton about the grievance I wrote I recieved my inmate copy of the D.R hearing form in the mail. I stated that Lt threatened me to the investigating officer. He ignored it. At the D.R hearing the very next day not only did Sgt Burns read it but I stated also. He ignored it. When Lt Melton came to talk to me I stated it then. Lt Melton said I should have responded.. I was in the middle of 4 male officers, while being threatened. Lt Melton said Lt Patella said I refused to leave. That would have been probible cause to use force. On the D.R officer pheneger wrote on me next to all my witness names the investigating officer put refused. Thats only because initially they werent interviewed. At breakfast I asked officer Deyen if she got my statements the officer lied and stated everyone refused. She didnt expect Proctor to be in the dorm she thought everyone was at work. Proctor stated "you never asked me". Not only did officer Deyen try to coerce proctor into writing a statement but the other 3 witnesses feared retaliation. Sergeant Burns didnt even consider my witness statement. I was railroaded and sentenced based off of who I am NOT for what I've done. This all began because I witnessed officer pheneger and Sergeant K. Ziegler flirting in the hallway. I told officer J. Ziegler what I had seen. I also dropped a request about officer Tolbert writing notes to an inmate. Officer Tolbert and officer Pheneger always work together. Officer Pheneger retaliated against me and wrote me a D.R. I told Sergeant Terrell what was going on before any of this started happening, Sergeant Terrell failed to do something about it. Now I've lost 8 days, was removed from trustee status, and

being treated like I been having disruptive behavior when I've done nothing wrong. I've put in grievances.. written numerous request on this matter and everyone that has come to talk to me about this matter says i've made myself a target when I started writing request.. Yet, My complaints were all real" on Nov 25, 23' at 1:05 p Officer pheneger came into the dorm & watched inmate proctor + price jump out the bed.. Not only didnt proctor have on any clothes but pheneger ignored the fact that two inmates were laying in the bed together. She just told proctor to put on clothes and to come clean the infirmary with price like she didnt see anything. This officer is bias against me" Sergeant Price response was at 2:07 "Mind your buisness". Even that wasnt investigated. Im not looking for trouble I just want my voice heard. The things that go on in this jail arent legal. These officers get away with worse.. please dont ignore this call for help and look into this matter

Respectfully
YT

YVONNE THOMAS
#1622882910

St. Augustine, FLA
32084